U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
8:45 P.M.
8-17-2006
Deputy Clerk

# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| SOUTHEAST LANDCO, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| 150 BEACHVIEW HOLDINGS, LLC, | : | |
| Defendant. | : | NO. CV206-177 |

### O R D E R

On August 14, 2006, the Court entered a temporary restraining order in this matter, and set a hearing on the preliminary injunction for Friday, August 18, 2006. Accordingly, the parties shall file their proposed findings of fact and conclusions of law with the Court prior to 5:00 P.M., today, August 17, 2006. The parties were previously notified of this requirement by telephone communications initiated by the Clerk yesterday.

SO ORDERED, this ___17___ day of August, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)