# United States District Court
## *Southern District of Georgia*
### Brunswick Division

SOUTHEAST LANDCO, LLC     *

    *

VS     *     CASE NUMBER   CV 206-177

150 BEACHVIEW HOLDINGS, LLC     *

    *

## MINUTE ORDER

The above captioned case having come on for hearing this __18th__ day of __August__, __2006__, and the following motions having been ruled on orally, said rulings, as listed, are hereby made the judgment of this Court:

Court reschedules hearing on defendant's motion to dismiss and plaintiff's motion for preliminary injunction to August 29, 2006 at 10:00 a.m.

Response to motion to dismiss due by August 23, 2006 and any reply brief due by August 25, 2006.

Court orders parties to have principals available on August 29, 2006 with full and complete settlement authority under pain of having defenses stricken.

SO ORDERED, this __21__ day of __August__, 2006.

                      JUDGE, UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA